IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EMANUEL TRAYLOR**                                                                                    **PLAINTIFF**

V.                             CASE NO.  4:22-cv-00214 JM

**ADAM CHILDER, Private Lawyer,**
**Childer Law Firm**                                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on March 14, 2022, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 16th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE